## A. E. Carpenter, Trustee, Appellee, v. Samuel Dick Pryce and Elizabeth Drew Pryce, Appellants.

### Gen. Nos. 43,649, 43,650.

opinion filed April 8, 1946; rehearing denied April 22, 1946; released for publication April 23, 1946. Francis Heisler and Stanley F. Evans, for appellants; Gardner, Morrow, Fowler & Merrick, for appellee; John F. Manierre, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.